# Third District Court of Appeal

## State of Florida

Opinion filed July 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-16
Lower Tribunal Nos. 18-302 AP, 16-2993 CC

_____

**Progressive American Insurance Company**,
Appellant,

vs.

**Oceans Chiropractic, Inc., a/a/o Alberto Cardena Contreras**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Gloria Gonzalez-Meyer, Judge.

deBeaubien, Simmons, Knight, Mantzaris & Neal, LLP, and Kenneth P. Hazouri (Orlando), for appellant.

Berger & Hicks, P.A., and Martin I. Berger, Zachary A. Hicks, and Adam C. Loeb; and Kula & Associates, P.A., and Elliot B. Kula and William D. Mueller, for appellee.

Before FERNANDEZ, C.J., and HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.